IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SETH PAUL SNELL,
    Plaintiff,

vs.                                                 Case No.  3:13cv563/LAC/EMT

KENNETH S. TUCKER, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 31, 2014 (doc. 14). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This action is **DISMISSED WITHOUT PREJUDICE** as malicious and abusive of the judicial process, pursuant to 28 U.S.C. § 1915A(b)(1).

3.     Any pending motions are **DENIED as moot**.

4.     The clerk is directed to close this file.

**DONE AND ORDERED** this 5th day of March, 2014.

                                                *s/L.A. Collier*
                                                **LACEY A. COLLIER**
                                                **SENIOR UNITED STATES DISTRICT JUDGE**